# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**-vs-**                                                                                          **Case No.  6:92-CR-104-ORL-19KRS**

**JOHN WHITTAKER**

_____

## ORDER

This case comes before the Court on the Motion for Reconsideration by John Whittaker. (Doc No. 1628, filed May 9, 2011.)  In the Motion, John Whittaker ("Defendant") contends that he was unable to reply to the Government's Memorandum in Opposition to Motion to Compel the United States to File Rule 35(b) Motion for Substantial Assistance, ("Government's Memorandum") (Doc. No. 1626, filed Apr. 21, 2011), because he never received a copy of the memorandum.  (Doc. No. 1628 at 1.)  In addition, Defendant asks the Court to reconsider its previous Order denying Defendant's Motion for Performance of Sentence Reduction Based on Substantial Assistance, (Doc. No. 1627, filed Apr. 27, 2011).  (Doc. No. 1628 at 2.)  Defendant argues that the Government's refusal to file a Federal Rule of Criminal Procedure 35(b) motion was not rationally related to any legitimate government interest and therefore Defendant is entitled to relief under *Wade v. United States*, 504 U.S. 181 (1992).  (Doc. No. 1628 at 2.)

Pursuant to Local Rule 3.01(b), "[n]o party shall file any reply or further memorandum directed to the motion or response allowed in (a) or (b) unless the Court grants leave."  Accordingly, under the Local Rules, Defendant did not have a right to file a reply to the Government's Memorandum.  Nonetheless, in the interest of fairness, the Court will resend a copy of the

Government's Memorandum to the Defendant and grant the Defendant leave to file an Amended Motion for Reconsideration in light of the Government's Memorandum.

**Conclusion**

Based on the foregoing, ruling on the merits of the Motion for Reconsideration by John Whittaker, (Doc No. 1628, filed May 9, 2011), is **RESERVED**.  The Clerk of the Court is directed to resend the Government's Memorandum in Opposition to Motion to Compel the United States to File Rule 35(b) Motion for Substantial Assistance, (Doc. No. 1626, filed Apr. 21, 2011), to Defendant John Whittaker.  The Court has confirmed that Defendant is currently located at the Federal Correctional Institution Coleman - Medium, located in Coleman, FL 35521.  Defendant may file an Amended Motion for Reconsideration in accordance with this Order on or before June 13, 2011.

**DONE** and **ORDERED** in Orlando, Florida on this ___11th____ day of May, 2011.

*(signature)*

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies furnished to:

John Whittaker